FILED
3/10/22
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: YL
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v<br><br>HECTOR FLORES, JR.,<br><br>Defendant. | Case No: 4:22-CR-00108<br><br>**INDICTMENT**<br><br>Count One: 18 U.S.C. § 13 assimilating Texas Penal Code § 22.041 Endangering Child |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**[18 U.S.C. § 13 assimilating Texas Penal Code §22.041]**

On or about from January 28, 2022, through February 14, 2022, in Big Bend National Park, in the Western District of Texas, and within the special maritime and territorial jurisdiction of the United States, the Defendant,

**HECTOR FLORES, JR.,**

did then and there intentionally, knowingly, recklessly, or with criminal negligence, engage in conduct, by omission, that placed L.F., a child younger than 15 years of age, in imminent danger of death, bodily injury, or physical or mental impairment, by not providing adequate food, and the defendant did not voluntarily deliver the child to a designated emergency infant care facility provider under Section 262.302 of the Texas Family Code in violation of Title 18, United States Code, Section 13 assimilating Texas Penal Code 22.041.

A violation of Title 18, United States Code, Section 13 assimilating Texas Penal Code 22.041.

A TRUE BILL.

█████████████████

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: *[signature: David Dennarka for]*
_____
SCOTT V. GREENBAUM
ASSISTANT UNITED STATES ATTORNEY