# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | Case Number: PE:22-CR-00108(1)-DC |
| § | |
| (1) Hector Flores Jr. § | |
| *Defendant* | |

# SCHEDULING ORDER

***Please note that due to the exigent circumstances created by the COVID-19 Pandemic, scheduled hearings may be held via a video platform. Refer to the Public Docket as your hearing date approaches.**

IT IS HEREBY ORDERED the above entitled and numbered case is set for D.C. ARRAIGNMENT at 11:00 a.m on **March 24, 2022**, UNITED STATES DISTRICT COURTHOUSE, <u>COURTROOM No. 2, located at 410 S. CEDAR ST.,</u> **PECOS, TEXAS** before **U. S. MAGISTRATE JUDGE DAVID B. FANNIN.** All District Court Arraignment Waivers are to be e-filed **NO LATER THAN 3 P.M. on March 23, 2022. For those who have not already waived, should waiver not be filed by this deadline the attorney of record will be expected to appear in person for this arraignment.**

TAKE NOTICE that the above entitled case has been set for **DOCKET CALL** on **April 1, 2022, at 11:00 a.m.** in the UNITED STATES DISTRICT COURTHOUSE, <u>COURTROOM No. 2, located at 410 S. CEDAR ST.,</u> **PECOS, TEXAS** before **U. S. MAGISTRATE JUDGE DAVID B. FANNIN.**

**Non-detained defendants and counsel must PERSONALLY be present for the docket call hearing unless an email is received from the Courtroom Deputy or Chambers that counsel/defendant are excused.** If a detained defendant desires to be present, counsel must notify the Courtroom Deputy of the Magistrate, Joseph Hinojos, at **joseph_hinojos@txwd.uscourts.gov**. Government Counsel is expected to be present for the docket call. The following instructions should be understood by counsel and the defendant:

### Duty to Notify Defendant
1) Defense counsels are reminded of their duty to notify the defendant of the defendant's required appearance at docket call.

### Requests for Continuance of Docket Call
2) Any motions for continuance for the appearance of counsel and/or the defendant at the docket call must be filed on or before the close of business on **March 29, 2022**. The motion should be styled "Motion for Continuance of Docket Call" so that it may be distinguished from a motion for continuance for the trial setting. The motion must be filed with the Clerk of Court.

### Resolution Prior to Trial
3) At the docket call, the parties are expected to announce the status of the case. Plea dates will be given at the time of docket call. If defense counsel wishes to move up those given dates, coordination of a time for a plea must be accomplished by notifying:
Joseph Hinojos at joseph_hinojos@txwd.uscourts.gov.

### Avoiding Necessity of Appearance if "Ready for Trial"

4) If the defendant anticipates a trial and defense counsel will answer "Ready for Trial", then an appearance by the defendant and defense counsel can be avoided by filing a written announcement of "Ready" prior to **March 29, 2022**.

### Avoiding Necessity of Appearance if "Plea Entered or Plea Date Set"

5) If the defendant has entered a plea prior to docket call, defendant and defense counsel are **EXCUSED** from the docket call hearing.  Defense counsel is also **EXCUSED** from the docket call hearing if a plea date has been requested no less than **48 hours prior to docket call**.

### Jury Trial Dates and Motion for Continuance of Trial

6) **Jury selection and trial** will be set for **May 16, 2022,  at 8:30 a.m**., before  United States District Judge David Counts.  If defense counsel or defendant intends to have a trial and cannot be ready for trial as the matter is currently scheduled, then a motion for continuance of trial must be brought to the docket call and delivered to the Courtroom Deputy of the Magistrate Judge. Do not file the motion for continuance prior to the docket call without leave of court or it will be denied and must later be reurged, if still desired. The only exceptions to this policy would be for matters which develop subsequent to the time of that deadline. The motion should be styled "Motion for Continuance of Trial Setting."

### Plea Deadline

7) The **plea deadline** for this case is  **April 27, 2022.**

### All Other Motions

8) Any and all *other* Motions must be filed by close of business on  **March 29, 2022.**

It is **ORDERED** this 16th day of March, 2022.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE