UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | §   Case Number: PE:22-CR-00108(1)-DC |
| | § |
| (1) Hector Flores Jr. | § |

**ORDER SETTING STATUS CONFERENCE/PLEA**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE/PLEA on **April 12, 2022, at 9:30 AM** in the Courtroom 2, 410 South Cedar, Pecos, TX 79772.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **1st day of April, 2022.**

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE