# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  PE:22-CR-00108(1)-DC |
| (1) HECTOR FLORES JR. | § § | |

## ORDER GRANTING CONTINUANCE OF TRIAL SETTING

Before the Court is the Defendant's Motion for Continuance of the Jury Trial, filed April 26, 2022, [Doc. 24].  The Court **GRANTS** the Motion.

Accordingly,   **IT IS ORDERED** that the Motion for Continuance of the Jury Trial is **GRANTED.**  This case is rescheduled for Jury Selection on **JUNE 21, 2022** at **8:30 AM**.

The Court finds that the interest of justice outweighs the interest of the Defendant(s) and of the public in a speedy trial, and that the period of time from **MAY 16, 2022, through JUNE 21, 2022, is excludable time within the meaning of the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7)** <u>et seq.</u>

**IT IS SO ORDERED**.

Signed this **27th day of April, 2022**.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE