**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | **Case Number:  PE:22-CR-00108(1)-DC** |
| | § | |
| (1) Hector Flores Jr. | § | |

**ORDER SETTING STATUS CONFERENCE/PLEA**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for  STATUS CONFERENCE/PLEA  on **May 17, 2022, at 9:30 AM** in the Courtroom 2, 410 South Cedar, Pecos, TX 79772.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **29th day of April, 2022.**

**DAVID B. FANNIN**
**UNITED STATES MAGISTRATE JUDGE**