IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | P-22-CR-108 |
| | ) | |
| HECTOR FLORES, JR. | ) | |

### ORDER SETTING PLEA DEADLINE

The Defendant's plea deadline is reset to **June 1, 2022.**

It is so **ORDERED**.

SIGNED this 2nd day of May, 2022.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE