UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: PE:22-CR-00108(1)-DC |
| (1) Hector Flores Jr. | § | |

## ORDER SETTING STATUS CONFERENCE/PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE/PLEA on Wednesday, June 01, 2022 at 09:30 AM, in the Alpine Courtroom, 2450 State Highway 118, Alpine, Texas.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **17th day of May, 2022.**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE