IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    P-22-CR-108 |
| | ) |
| **HECTOR FLORES JR.** | ) |

### ORDER ON JURY SELECTION PROCEDURE

A pre-trial conference is set for **June 21, 2022**, at **9:00 a.m.** in Courtroom 2 of the United States Courthouse in Pecos, Texas. Jury selection will begin at **9:30 a.m.**

1. Pursuant to Federal Rule of Criminal Procedure 23 the Court will seat twelve (12) jurors.

2. A prospective panel will be sworn by Deputy Clerk and qualified in the Jury Assembly room at 9:00 a.m. Attorneys and parties will be present no later than 9:00 a.m. for the pre-trial conference. Jury selection will begin at 9:30 a.m.

3. The Court will conduct the initial voir dire and introduce the parties and case.

4. After completion of the Court's voir dire, each party will have fifteen minutes for voir dire.

5. After challenges for cause have been made, the parties will be presented with a blank "strike" list and the Court will allow the panel to stand in recess for not more than fifteen minutes. The list will be returned to the Courtroom Deputy with no more than eleven peremptory challenges noted by the Defendant and seven peremptory challenges noted by the Government. Any challenges to peremptory strikes must be made at the time the jury panel is selected and prior to the dismissal of the venire panel.

It is so **ORDERED.**

SIGNED this 7th day of June, 2022.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE