IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **P:22-CR-00108-DC** |
| § | |
| **(1) HECTOR FLORES JR.,** § | |
| *Defendant*. § | |

## ORDER

Jury trial in this matter is set for June 22, 2022, at 1:30 p.m. (Doc. 37). Additionally, the Court will conduct a final pretrial conference on the same day, at 1:00 p.m. (Doc. 36).

For in-custody defendants, street clothes should be delivered to the U.S. Marshal's Office on the business day prior to trial. All witnesses should be at the courthouse for the duration of trial, beginning with the final pretrial conference.

The parties are **ORDERED** to file pretrial documents, including witness lists, exhibit lists, and pretrial motions, no later than **Thursday, June 16, 2022, by close of business**.

Any changes to the current trial schedule will be communicated to the parties by court order.

It is so **ORDERED**.

**SIGNED this 9th day of June, 2022.**

_____
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**