AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
June 10, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Yvette Lujan_____
DEPUTY

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. PE:22-CR-00108 |
| HECTOR FLORES JR. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America .

Date: 06/13/2022

/s/ William F. Calve
*Attorney's signature*

William F. Calve    TX 24096505
*Printed name and bar number*

USAO  601 NW Loop 410, Suite 600
San Antonio, TX 78216
*Address*

william.calve@usdoj.gov
*E-mail address*

210-384-7132
*Telephone number*

*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2022, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant.

Shane O'Neal
Court Appointed – Alpine

  /s/ William F. Calve
William F. Calve
Assistant United States Attorney