UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:22-CR-00108(1)-DC |
| | § | |
| (1) HECTOR FLORES JR. | § | |

## ORDER RESETTING FINAL PRETRIAL HEARING

      IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL PRETRIAL HEARING** in Courtroom 1, on the 2nd Floor of the United States Courthouse, 410 S. Cedar, Pecos, TX, on **Tuesday, June 21, 2022 at 08:00 AM**.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

      IT IS SO ORDERED this 15th day of June, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE