# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **P:22-CR-00108-DC** |
| **(1) HECTOR FLORES, JR.,** | § § | |
| *Defendant*. | § § | |

## AMENDED ORDER

The parties are **ORDERED** to file pretrial documents, including witness lists, exhibit lists, and pretrial motions, no later than **THURSDAY, JUNE 16, 2022, AT NOON**.

It is so **ORDERED**.

**SIGNED** this 15th day of June, 2022.

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**