# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **4:22-CR-00108-DC** |
| § | |
| **HECTOR FLORES, JR.** § | |
| § | |
| § | |
| **Defendant.** § | |

## GOVERNMENT'S PROSPECTIVE WITNESS LIST

1. Eric Herndon, Park Ranger.

2. Sean McCaffrey, Park Ranger.

3. Katelyn Mahoney, Park Ranger.

4. Megan Hoyt, Park Ranger.

5. Cristine Pinon, Park Ranger.

6. Alyssa Van Schmus, Park Ranger.

7. L.F., San Antonio, Texas.

8. Hector Flores, Sr. San Antonio, Texas.

9. Alice Downie, Special Agent FBI, Alpine, Texas.

10. Elva Valdez, Director of Fort Stockton Public Library, Fort Stockton, Texas.

11. Lizett De La Rosa, Campus Secretary, Fort Stockton Intermediate School, Fort Stockton, Texas.

12. Customs and Border Protection Officer that Received Defendant from Mexican Authorities.

        Respectfully submitted,

        ASHLEY C. HOFF  
        UNITED STATES ATTORNEY

By:    ***/s/ Scott V. Greenbaum***_____  
        Scott V. Greenbaum  
        Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2022, a copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Counsel for the Defendant:  
Shane O'Neal

        ***/s/ Scott V. Greenbaum***_____  
        Scott V. Greenbaum  
        Assistant United States Attorney