# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CAUSE NO. P-22-CR-00108-DC** |
| | ) | |
| **HECTOR FLORES, JR.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S EXHIBIT LIST

| Ex # | Description | Admitted |
|---|---|---|
| 1 | Weather Data 1 – Persimmon Gap | |
| 2 | Weather Data 2 – Persimmon Gap | |
| 3 | Weather Data 3 – Panther Junction | |
| 4 | Weather Data 4 – Panther Junction | |
| 5 | Aerial Map – Big Bend National Park | |
| 6 | Aerial Map – U.S./Mexico Border | |
| 7 | Fort Stockton Public Library Circulation History | |
| 8 | Photo - Book | |
| 9 | Fort Stockton Independent School District Records | |
| 10 | Birth Certificate | |
| 11 | Child Advocacy Center Forensic Video | |
| 12 | Photo – brush area 1 | |

| 13 | Photo – brush area 2 | |
| 14 | Photo – brush area 4 | |
| 15 | Photo – brush area 5 | |
| 16 | Photo – brush area 6 | |
| 17 | Photo – brush area 7 | |
| 18 | Photo – clothing in cage | |
| 19 | Photo – cage | |
| 20 | Photo – inside of truck | |
| 21 | Photo – outside of truck | |
| 22 | Photo – locks of hair | |
| 23 | Photo – locks of hair | |
| 24 | Photo – scattered items 1 | |
| 25 | Photo – scattered items 2 | |
| 26 | Photo – Big Bend Magazine | |
| 27 | Photo – L.F. encounter | |
| 28 | Photo – boat on Rio Grande River | |
| 29 | Video – Defendant Deportation back to U.S. | |

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

*/s/ Scott V. Greenbaum*
Scott V. Greenbaum
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June 2022, a copy of this document was filed via the CM/ECF System which will then serve the following Defense Counsel, Shane O'Neal.

_**/s/ Scott V. Greenbaum**_
Assistant United States Attorney