UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| **Plaintiff,** | ) | |
| V. | ) | CAUSE NO. P-22-CR-00108-DC |
| HECTOR FLORES, JR. | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S FIRST AMENDED EXHIBIT LIST**

| Ex # | Description | Admitted |
|---|---|---|
| 1 | Weather Data 1 – Persimmon Gap | |
| 2 | Weather Data 2 – Persimmon Gap | |
| 3 | Weather Data 3 – Panther Junction | |
| 4 | Weather Data 4 – Panther Junction | |
| 5 | Aerial Map – Big Bend National Park | |
| 6 | Aerial Map – U.S./Mexico Border | |
| 7 | Fort Stockton Public Library Circulation History | |
| 8 | Photo - Book | |
| 9 | Fort Stockton Independent School District Records | |
| 10 | Birth Certificate | |
| 11 | Child Advocacy Center Forensic Video | |
| 12 | Photo – Brush Area 1 | |

| | | |
|---|---|---|
| 13 | Photo – Brush Area 2 | |
| 14 | Photo – Brush Area 4 | |
| 15 | Photo – Brush Area 5 | |
| 16 | Photo – Brush Area 6 | |
| 17 | Photo – Brush Area 7 | |
| 18 | Photo – Clothing in Cage | |
| 19 | Photo – Cage | |
| 20 | Photo – Inside of Truck | |
| 21 | Photo – Outside of Truck | |
| 22 | Photo – Locks of Hair | |
| 23 | Photo – Locks of Hair | |
| 24 | Photo – Scattered Items 1 | |
| 25 | Photo – Scattered Items 2 | |
| 26 | Photo – Big Bend Magazine | |
| 27 | Photo – L.F. Encounter | |
| 28 | Photo – Boat on Rio Grande River | |
| 29 | Video – Defendant Deportation back to U.S. | |
| 30 | Photo – Truck Rear | |
| 31 | Photo – Truck Left Rear | |
| 32 | Photo – Truck Side | |
| 33 | Photo – Truck in Brush | |
| 34 | Photo – Truck Front | |

| 35 | Photo – Scattered Items 3 | |
| 36 | Photo – Scattered Items 4 | |
| 37 | Photo – Brush Area 7 | |
| 38 | Photo – Brush Area 8 | |
| 39 | Photo – Camping Site | |
| 40 | Photo – Defendant | |
| 41 | Photo – LF Close | |
| 42 | Photo – LF from Distance | |
| 43 | Photo - LF | |

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

*/s/ Scott V. Greenbaum*
Scott V. Greenbaum
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of June 2022, a copy of this document was filed via the CM/ECF System which will then serve the following Defense Counsel, Shane O'Neal.

*/s/ Scott V. Greenbaum*
Assistant United States Attorney