UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JUN 22 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO:<br>PE:22-CR-00108(1)-DC |
| (1) HECTOR FLORES JR. | § § | |

## DEFENDANT EXHIBITS

| Exhibit | Description | Date Admitted |
|---|---|---|
| Deft #1 | Video | 6/21/22 |
| Deft #2 | Map | 6/21/22 |
| Deft #3 | Drawing | 6/22/22 |