UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JUN 2 2 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA §
§
vs. §   CRIMINAL NO:
§   PE:22-CR-00108(1)-DC
§
(1) HECTOR FLORES JR. §

## LIST OF WITNESSES

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1. Megan Hoyt | 1. Johnny Terazas |
| 2. Lizett De La Rosa | 2. |
| 3. Elva Valdez | 3. |
| 4. Eric Herndon | 4. |
| 5. Katelyn Mahoney | 5. |
| 6. Alyssa Van Schmus | 6. |
| 7. Alice Downie | 7. |
| 8. Noel Madrid | 8. |
| 9. L.F. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |