IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JUN 2 2 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | P-22-CR-108 |
| | § | |
| HECTOR FLORES, JR., | § | |
| Defendant. | § | |

## VERDICT FORM

Answer "not guilty" or "guilty."

**COUNT ONE**

We the Jury find that Defendant **HECTOR FLORES, JR.**, is __Guilty__
Not Guilty/Guilty

of the offense charged in Count One of the Indictment.

6-22-2022
DATE

Original signed by Jury Foreperson
_____
**JURY FOREPERSON**