UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  PE:22-CR-00108(1)-DC |
| | § | |
| (1) HECTOR FLORES JR. | § | |

**ORDER SETTING SENTENCING ALPINE**

      IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING ALPINE,** in the Alpine Courtroom, 2450 State Hwy. 118, Alpine, TX 79830, on **September 27, 2022 at 08:00 AM.**

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

      IT IS SO ORDERED this 7th day of July, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE