# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **NO:  PE:22-CR-00108(1)-DC** |
| | § | |
| **(1) HECTOR FLORES JR.** | § | |

## ORDER RELEASING DEFENDANT FROM CUSTODY

It is hereby ORDERED, that defendant (1) HECTOR FLORES JR., be released from custody.  DEFENDANT HAS BEEN SENTENCED TO FIVE (5) YEARS PROBATION.

It is so ORDERED on this 27th day of September, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE