UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　*Plaintiff,*<br><br>v.<br><br>HECTOR FLORES, JR.,<br>　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>4:22-CR-108 |

## Notice of Appeal

TO THE HONORABLE DAVID COUNTS:

　　Defendant Hector Flores gives notice that he appeals to the Fifth Circuit Court of Appeals the judgment entered by the United States District Court in this case. Sentence was pronounced at a sentencing hearing on September 27, 2022, and judgment was entered on October 12, 2022.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/S/ Shane O'Neal　　　　　　
　　　　　　　　　　　　　　　　　　SHANE O'NEAL
　　　　　　　　　　　　　　　　　　O'NEAL LAW
　　　　　　　　　　　　　　　　　　101 E. Avenue B
　　　　　　　　　　　　　　　　　　Alpine, TX 79830
　　　　　　　　　　　　　　　　　　(713) 516-3505
　　　　　　　　　　　　　　　　　　shane@shaneoneallaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 4:22-CR-108 |
| | § | |
| HECTOR FLORES, JR., | § | |
| *Defendant.* | § | |

## Designation of Record

TO THE HONORABLE DAVID COUNTS:

    Hector Flores designates as the record on appeal a certified copy of the docket entries prepared by the District Clerk, and all of the original documents and instruments filed with the District Clerk, including but not limited to: all exhibits entered into evidence by either the government or the defense, and a complete transcript of all court proceedings.

    Respectfully submitted,

    /S/ Shane O'Neal
    SHANE O'NEAL
    O'NEAL LAW
    101 E. Avenue B
    Alpine, TX 79830
    (713) 516-3505
    shane@shaneoneallaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

AUSA Amy Greenbaum, Sarah Spears

/S/ Shane O'Neal  
SHANE O'NEAL  
Attorney for Defendant