PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

### Western District of Texas

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Hector Flores, Jr. | Case Number: 4:22CR108(1) |

Name of Sentencing Judicial Officer:  Honorable David Counts, U.S. District Judge

Date of Original Sentence:  September 27, 2022

Original Offense: Assimilating Texas Penal Code 22.41 Laws of States Adopted for Areas Within Federal Jurisdiction- Endangering a Child, in violation of 18 U.S.C. § 13

Original Sentence:  5 years probation

| | |
|---|---|
| Type of Supervision: Probation | Date Supervision Commenced: September 27, 2022 |
| Assistant U.S. Attorney: Scott Van Greenbaum | Defense Attorney: Shane O'Neal |

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons
☐ Continue warrant in effect

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not unlawfully possess a controlled substance." |
| 2 | "The defendant shall refrain from any unlawful use of a controlled substance. |
| 3 | "The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers)." |
| Nature of Noncompliance | On October 12, 2022, Flores submitted a urine specimen which tested positive on an NITD for cocaine. On the same date, he admitted to use of the illicit drug with a neighbor and signed an admission form. |

1

On October 15, 2022, contact was made with Flores at his residence for a home inspection. The residence is a 3-bedroom, 2-bath home that has two large storage units that are used for yard tools storages. The property is over 2 acres. Several riffles were located in the dining room in a glass gun cabinet. There were also two riffle bags in the master bedroom. None of them appeared to be secured.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.  (Maximum penalty:  __2 years__ imprisonment;  __1 year__ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

| Approved by: | Respectfully submitted by: |
|---|---|
| *[signature]* | *[signature]* |
| Karrie Bragg | Karrie Bragg |
| Supervising U.S. Probation Officer | Supervising U.S. Probation Officer |
| Telephone: (432) 445-8621 | Telephone: (432) 445-8621 |
| | Date:   October 21, 2022 |

cc: Sarah Wannarka, AUSA
    ADCUSPO, Midland

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Continue warrant in effect.
☐ Other _____

*[signature]*
Honorable David Counts
U.S. District Judge

October 24, 2022
Date