**TRANSCRIPT ORDER FORM (DKT 13)** READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Western District of Texas (Pecos Division)  
District Court Docket No.: 4:22-CR-108-DC-1  
Short Case Title: USA v. Flores  

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: FTR  

Date Notice of Appeal Filed in the District Court: 10/12/2022  
Court of Appeals No.: 22-50910  

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
- ☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings:
- ■ Bail Hearing: 2/23/22 & 2/25/22
- ■ Voir Dire: 6/21/22
- ■ Opening Statement of Plaintiff: 6/21/22
- ■ Opening Statement of Defendant: 6/21/22
- ■ Closing Argument of Plaintiff: 6/22/22
- ■ Closing Argument of Defendant: 6/22/22
- ■ Opinion of court: 6/22/22
- ■ Jury Instructions: 6/22/22
- ☐ Sentencing

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
- ☐ Private Funds; ■ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
- ☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
- ☐ Other

Signature: /s/ Shane O'Neal  
Date Transcript Ordered: 10/31/22  
Print Name: Shane O'Neal  
Phone: (713) 516-3505  
Counsel for: Hector Flores, Jr.,  
Address: 101 E. Avenue B., Alpine, Texas 79830  
Email of Attorney: shane@shaneoneallaw.com  

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify)

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____