CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CRIMINAL DOCKET FOR CASE #: <u>5:22–mj–01726–ESC</u> All Defendants

Case title: USA v. Flores

Date Filed: 11/09/2022

Date Terminated: 11/09/2022

Assigned to: Judge Elizabeth S. Chestney

**Defendant (1)**

**Hector Flores, Jr.**
*TERMINATED: 11/09/2022*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Probation Violation | |

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/09/2022 | 1 | | Arrest (Rule 5/Rule 32.1) of Hector Flores, Jr (aej) (Entered: 11/10/2022) |
| 11/09/2022 | 2 | | Minute Entry for proceedings held before Judge Elizabeth S. Chestney:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Hector Flores, Jr held on 11/9/2022 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold.) (aej) (Entered: 11/10/2022) |

| 11/09/2022 | 3 | | CJA 23 Financial Affidavit by Hector Flores, Jr (SEALED pursuant to E–Government Act of 2002). (aej) (Entered: 11/10/2022) |
|---|---|---|---|
| 11/09/2022 | 4 | | COMMITMENT TO ANOTHER DISTRICT/DIVISION as to Hector Flores, Jr. Defendant committed to Pecos. Signed by Judge Elizabeth S. Chestney. (aej) (Entered: 11/10/2022) |
| 11/10/2022 | | | Proceedings Complete in Arresting Division as to Hector Flores, Jr. Documents to be downloaded by Charging Division. (aej) (Entered: 11/10/2022) |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| United States of America | § | Case Number: SA:22-M -01726(1) |
|---|---|---|
| | § | 4:22-CR-108 |
| vs. | § | Date: November 09, 2022 |
| | § | Time: -0- |
| (1) Hector Flores Jr. | § | SWORN: [X] |
| | § | |

## PROCEEDING MEMO - INITIAL APPEARANCE

1.  [ ] Complaint Filed _____   [X] Arrest Warrant Issued _____
    [ ] Indictment                                                              *(Date)*
    [ ] Information
    [X] Prob Form 12                      [X] Agency          U.S. Marshals
    [X] Arrested _____ 11/9/2022 _____
                            *Date*

2.  **COURT PERSONNEL:**
    Magistrate Judge: **ELIZABETH S. ("BETSY") CHESTNEY**
    Courtroom Deputy: Valeria Sandoval
    Interpreter: no

3.  **APPEARANCES:**   For the United States: _____ Brian Nowinski - Excused _____
                        For the Defendant: _____
                        Address: _____
                        Phone: _____
                        Retained [ ]     FPD [ ]     CJA [ ]

4.  **PROCEEDINGS:**
    a.  [X] Defendant found competent.
    b.  [ X ] Defendant informed of and received copy of charging document.
        Violation: _____
    c.  [X] Defendant informed of maximum penalty: _____

        **and payment of any unsatisfied monetary sanction previously imposed** _____
    d.  [X] Defendant informed of constitutional rights.
        *My constitutional rights have been explained to me.*
        Date _____   Signature _____
    e.  [X] Defendant informed of right to Preliminary Revocation Hearing.
        set for            **to be set and held in charging/division** _____
        OR
        [ ] No right to Preliminary Hearing.
        Arraignment set for _____

4.  **PROCEEDINGS: (Continued)**
    f.  [X] Defendant informed of right to legal counsel.
        _____ 1) Defendant waives counsel, **OR**
        _____ 2) Defendant will try to secure counsel and inform court by _____

as to name, address of counsel retained, **OR**

__X__ 3)  Defendant requests appointment of counsel.
Defendant has completed financial affidavit.

        __X__ a)  Court finds Defendant is financially eligible and orders counsel appointed.

        **OR**       Court appoints: **to be considered in charging/division.**

        _____ b)  Court finds Defendant is financially ineligible and denies request.

Defendant to advise Court by _____ as to name, address of counsel retained.

g. [X] **PRETRIAL RELEASE:**

  [ ] 1) Government moved for detention under §3142(f).
      Detention Hearing set for: _____

  [ ] 2) Court SUA SPONTE "moves" for detention.
      Detention Hearing set for: _____

  [ ] 3) Temporary detention ordered.
      Bond Hearing set for: _____

  [ ] 4) Court orders Defendant be released on the following conditions:

      _____ a) Personal recognizance.

      _____ b) Defendant's bond set at  $ _____

         _____ which is unsecured.

         _____ which requires _____ % deposit.

         _____ which requires 100% cash/corporate/surety.

      _____ c) Additional conditions of release as set forth in Order Setting Conditions of Release.

  [X] 5) **Detention ordered** (i.e., Probation Violation/Supervised Release Violation).

h. [ ] Temporary commitment issued _____
                                            *Date*

i. [ ] Preliminary Examination continued/reset to _____
                                              *Date*

at _____
                      *Time*

j. [ ] Preliminary Examination held _____
                                      *Date*

k. [ ] Probable Cause found _____
                             *Date*

  **OR**

  [ ] No Probable Cause found _____
                                   *Date*

l. [ ] Defendant held to District Court _____
                                        *Date*

m. [ ] Defendant dismissed on Government's motion _____
                                                  *Date*

n. [ ] Final Commitment Issued _____
                                      *Date*

o. [ ] Identity Set _____
                                    *Date*

5. a. [X] **OTHER PROCEEDINGS**     *USMS is directed to transport defendant to charging district/division for all further proceedings.*

**FILED**

November 09, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jackson_____

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| vs. | § | **Criminal No. SA:22-M -01726(1)** |
| | § | |
| | § | |
| **(1) Hector Flores Jr.** | § | *Ref: 4:22-CR-108* |

## ORDER OF REMOVAL

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

   <u>**(1) Hector Flores Jr.**</u>   ,charged in a proceeding pending in the

<u>           **WESTERN DISTRICT OF TEXAS**         </u>

<u>**Pecos**        </u> DIVISION for:
**Supervised Release Violation**

and having been arrested in the San Antonio Division.

     YOU ARE HEREBY COMMANDED to remove <u>**(1) Hector Flores Jr.**</u> **forthwith**

to the  <u>**Pecos**        </u> DIVISION, and there deliver him/her to the
United States Marshal for that district or to some other officer authorized to receive him/her.

     ORDERED on <u>**9th day of November, 2022**</u>.

_____
**ELIZABETH S. ("BETSY") CHESTNEY**
**UNITED STATES MAGISTRATE JUDGE**