AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
DEC 16 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

W/TX-PECOS
2022 OCT 24 A 11:41
RECEIVED U.S. MARSHALS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:22-CR-108(1) |
| Hector Flores, Jr. | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Hector Flores, Jr.,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations to the conditions of supervised release.

Date: 10/24/2022

*Issuing officer's signature*

City and state: Alpine, Texas

Yvette Lujan- Division Manager
*Printed name and title*

### Return

This warrant was received on *(date)* 10/24/22, and the person was arrested on *(date)* 11/8/22
at *(city and state)* San Antonio, TX.

Date: 12/15/22

*Arresting officer's signature*

DUSM Nora Rodriguez
*Printed name and title*