UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **USA** | § | |
| | § | |
| **vs.** | § | **Case Number:  PE:22-CR-00108(1)-DC** |
| | § | |
| **(1) Hector Flores Jr.** | § | |

### ORDER SETTING PRELIMINARY REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for PRELIMINARY REVOCATION HEARING on **December 28, 2022**, at **9:30 AM in the Magistrate Courtroom, 410 South Cedar, Pecos, Texas 79772.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this 19th day of December, 2022.

_____
**DAVID B. FANNIN**
**UNITED STATES MAGISTRATE JUDGE**