AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | |
|---|---|
| USA | § § § Case Number: PE:22-CR-00108(1)-DC § § |
| vs. | |
| **(1) Hector Flores Jr.**<br>*Defendant* | |

## WAIVER OF A PRELIMINARY HEARING

I, **(1) Hector Flores Jr.**, understand that I have been charged with an offense in a criminal charged filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

12/27/22
*Date*

*(1) Hector Flores Jr., Defendant*

S. O'Neal
*Attorney for Defendant*

101 E. Avenue B, Alpine, TX 79830
*address of defense attorney*

shane@shaneoneallaw.com
*E-mail of address of defendant's attorney*

432-538-7070
*Telephone number of defendant's attorney*

*Fax number of defendant's attorney*