UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | NO: PE:22-CR-00108(1)-DC |
| (1) Hector Flores Jr. | § | |

### ORDER PERTAINING TO RULE 32.1 FINDINGS
### PROBABLE CAUSE FINDING

The defendant stands charged by a Motion to Revoke with a violation of the terms of his/her supervised release/probation. The Defendant waived his/her preliminary revocation hearing. Also, the Defendant waived, with the reservation of rights, his/her detention hearing.

**DETENTION PENDING FINAL REVOCATION HEARING.**

It is **ORDERED** that the **DEFENDANT BE DETAINED PENDING A FINAL REVOCATION HEARING** in this matter.

Signed 3rd day of January, 2023.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE