UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | §   NO:   PE:22-CR-00108(1)-DC |
| | § |
| (1) HECTOR FLORES JR. | § |

**ORDER SETTING FINAL REVOCATION HEARING**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **FINAL REVOCATION HEARING,** in the Alpine Courtroom, 2450 State Hwy. 118, Alpine, TX 79830, on **January 24, 2023 at 09:30 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 17th day of January, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE