UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:22-CR-00108(1)-DC |
| | § | |
| (1) HECTOR FLORES JR. | § | |

## ORDER RESETTING FINAL REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL REVOCATION HEARING** in Alpine Courtroom, on the , 2450 State Hwy. 118, Alpine, TX, on **Tuesday, January 24, 2023 at 08:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 23rd day of January, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE