UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 4:22-CR-108 |
| | § | |
| HECTOR FLORES, | § | |
| *Defendant.* | § | |

**Notice of Appeal**

TO THE HONORABLE DAVID COUNTS:

Defendant Hector Flores gives notice that he appeals to the Fifth Circuit Court of Appeals the judgment entered by the United States District Court in this case, revoking his probation and imposing a term of imprisonment to be followed by a year of supervised release. The judgment was entered on February 2, 2023.

Respectfully submitted,


/S/ Shane O'Neal
SHANE O'NEAL
O'NEAL LAW
101 E. Avenue B
Alpine, TX 79830
(713) 516-3505
shane@shaneoneallaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

AUSA Lance Kennedy

/S/ Shane O'Neal
SHANE O'NEAL
Attorney for Defendant